UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ELIZABETH A. CRAFT; JANE DOE, a minor, by her next friend and parent, ELIZABETH A. CRAFT; BRYAN L. PAUTSCH; MARY DOE, a minor, by her next friend and parent, BRYAN L. PAUTSCH; LANDIS SEGER; and JOHN DOE, a minor, by his next friend and parent, LANDIS SEGER; on their own behalf and on behalf of all others similarly situated,<br><br>      Plaintiffs,<br><br>v.<br><br>HEALTH CARE SERVICE CORPORATION,<br><br>      Defendant. | Case No. 14-cv-5853<br><br>Hon. Virginia M. Kendall |

**PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY
IN OPPOSITION TO DEFENDANT'S PENDING MOTION TO DISMISS**

  Plaintiffs Elizabeth A. Craft; Jane Doe, a minor, by her next friend and parent, Elizabeth A. Craft; Bryan L. Pautsch; Mary Doe, a minor, by her next friend and parent, Bryan L. Pautsch; Landis Seger; and John Doe, a minor, by his next friend and parent, Landis Seger, respectfully notify this Court of the August 20, 2015 decision of the United States Court of Appeals for the Second Circuit in *New York State Psychiatric Ass'n, Inc. v. UnitedHealth Group,* No. 14-20-cv, 2015 WL 4940352 (2d Cir. Aug. 20, 2015) attached hereto as Exhibit A. The decision is submitted as new and supplemental authority in opposition to Defendant Health Care Service Corporation's pending Motion to Dismiss (ECF No. 70). The Second Circuit's decision is relevant to Plaintiffs' argument in Section I.D of their Opposition to Defendant's motion (ECF No. 80).

Dated: August 21, 2015  Respectfully submitted,

/s/ Caroline E. Reynolds
D. Brian Hufford (*pro hac vice*)
Jason S. Cowart (*pro hac vice*)
Zuckerman Spaeder LLP
399 Park Avenue, 14th Fl.
New York, NY 10022
212.704.9600

Caroline E. Reynolds (*pro hac vice*)
Zuckerman Spaeder LLP
1800 M Street NW
Washington, DC 20036
202.778.1800

Meiram Bendat (*pro hac vice*)
Psych-Appeal, Inc.
8560 W. Sunset Blvd., Ste. 500
West Hollywood, CA 90069
310.598.3690, ext. 101

George F. Galland, Jr.
Scott A. Entin
Miner, Barnhill & Galland, P.C.
14 W. Erie St.
Chicago, IL 60654
312.571.1170

*Counsel for Plaintiffs and the Putative Class*