## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| ELIZABETH A. CRAFT; JANE DOE, by her next friend and parent, ELIZABETH A. CRAFT; BRYAN L. PAUTSCH; MARY DOE, by her next friend and parent, BRYAN L. PAUTSCH; on their own behalf and on behalf of all others similarly situated, | )<br>)<br>)<br>) Case No. 14-cv-5853<br>)<br>) Hon. Virginia M. Kendall<br>) |
| Plaintiffs, | ) |
| v. | )<br>) |
| HEALTH CARE SERVICE CORPORATION, | )<br>) |
| Defendant. | )<br>) |

## PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY
## APPROVAL OF CLASS ACTION SETTLEMENT AND RELATED RELIEF

Plaintiffs Elizabeth A. Craft and Bryan L. Pautsch, on behalf of their respective families and all persons similarly situated, and on behalf of the Putative Class, hereby respectfully move the Court, pursuant to Federal Rule of Procedure 23(a) and (b)(3), for preliminary approval of their proposed class action settlement with Defendant Health Care Service Corporation ("HCSC") in the above-captioned case, and related relief. The relief sought is supported by the accompanying Memorandum and all attachments thereto.

\*   \*   \*   \*   \*

Dated: August 18, 2017                              Respectfully submitted,


                                                    s/ Martin S. Himeles, Jr.
D. Brian Hufford (*pro hac vice*)                   Martin S. Himeles, Jr. (*pro hac vice*)
Jason S. Cowart (*pro hac vice*)                    Daniel P. Moylan (*pro hac vice*)
Zuckerman Spaeder LLP                               Adam Abelson (*pro hac vice*)
399 Park Avenue, 14th Floor                         Zuckerman Spaeder LLP
New York, NY 10022                                  100 East Pratt Street, Suite 2440
(212) 704-9600                                      Baltimore, MD 21202-1031
                                                    (410) 332-0444
Caroline E. Reynolds (*pro hac vice*)
Zuckerman Spaeder LLP                               George F. Galland, Jr.
1800 M Street NW, Suite 1000                        Scott A. Entin
Washington, DC 20036                                Miner, Barnhill & Galland, P.C.
(202) 778-1800                                      14 W. Erie St.
                                                    Chicago, IL 60654
Meiram Bendat (*pro hac vice*)                      (312) 571-1170
Psych-Appeal, Inc.
8560 W. Sunset Blvd., Ste. 500
West Hollywood, CA 90069
(310) 598-3690, ext. 101


                         *Counsel for Plaintiffs and the Putative Class*