# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| ELIZABETH A. CRAFT; JANE DOE, by her next friend and parent, ELIZABETH A. CRAFT; BRYAN L. PAUTSCH; MARY DOE, by her next friend and parent, BRYAN L. PAUTSCH; on their own behalf and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> HEALTH CARE SERVICE CORPORATION, <br><br> Defendant. | Case No. 14-cv-5853 <br><br> Hon. Virginia M. Kendall |

## PLAINTIFFS' MOTION FOR ATTORNEYS' FEES, EXPENSES, AND INCENTIVE AWARDS

Plaintiffs Elizabeth A. Craft and Bryan L. Pautsch, on behalf of their respective families and all persons similarly situated, and on behalf of the provisionally certified class (collectively "Plaintiffs"), by and through their undersigned counsel, respectfully move this Court to approve the award for attorneys' fees and expenses for class counsel, Zuckerman Spaeder LLP, Psych-Appeal, Inc., and Miner, Barnhill & Galland, P.C., and incentive awards for the named plaintiffs in connection with the proposed settlement in the above-captioned case.

Defendants do not oppose the relief requested by this Motion.

In support of their Motion, Plaintiffs hereby submit the following accompanying documents:

1. Notice of Plaintiffs' Motion for Attorneys' Fees, Expenses, and Incentive Awards;

2. Memorandum of Law in Support of Plaintiffs' Motion for Attorneys' Fees, Expenses, and Incentive Awards;

3. Exhibit A – Summary of Fees, Costs, and Expenses Reported

4. Exhibit B – Declaration of Daniel P. Moylan in Support of Plaintiffs' Motion for Attorneys' Fees, Expenses, and Incentive Awards;

    a. Exhibit 1 to Moylan Decl. – Zuckerman Fees

    b. Exhibit 2 to Moylan Decl. – Zuckerman Expenses

    c. Exhibit 3 to Moylan Decl. – Retainer Agreements

    d. Exhibit 4 to Moylan Decl. – Attorney Biographies

5. Exhibit C – Declaration of Meiram Bendat in Support of Plaintiffs' Motion for Attorneys' Fees, Expenses, and Incentive Awards;

6. Exhibit D – Declaration of George F. Galland, Jr. in Support of Plaintiffs' Motion for Attorneys' Fees, Expenses, and Incentive Awards;

    a. Exhibit 1 to Galland Decl. – MB&G Fees

    b. Exhibit 2 to Galland Decl. – MB&G Expenses

\* \* \* \* \*

Dated: October 20, 2017                             Respectfully submitted,

                                                    *s/ Daniel P. Moylan*
D. Brian Hufford (*pro hac vice*)                   Martin S. Himeles, Jr. (*pro hac vice*)
Jason S. Cowart (*pro hac vice*)                    Daniel P. Moylan (*pro hac vice*)
Zuckerman Spaeder LLP                               Adam Abelson (*pro hac vice*)
485 Madison Avenue, 10th Floor                      Zuckerman Spaeder LLP
New York, NY 10022                                  100 East Pratt Street, Suite 2440
(212) 704-9600                                      Baltimore, MD 21202-1031

6169229.1

Caroline E. Reynolds (*pro hac vice*)
Zuckerman Spaeder LLP
1800 M Street NW, Suite 1000
Washington, DC 20036
(202) 778-1800

Meiram Bendat (*pro hac vice*)
Psych-Appeal, Inc.
8560 W. Sunset Blvd., Ste. 500
West Hollywood, CA 90069
(310) 598-3690, ext. 101

(410) 332-0444

George F. Galland, Jr.
Scott A. Entin
Miner, Barnhill & Galland, P.C.
14 W. Erie St.
Chicago, IL 60654
(312) 571-1170

*Counsel for Plaintiffs and the Putative Class*