# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| ELIZABETH A. CRAFT; JANE DOE, by her next friend and parent, ELIZABETH A. CRAFT; BRYAN L. PAUTSCH; MARY DOE, by her next friend and parent, BRYAN L. PAUTSCH; on their own behalf and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> HEALTH CARE SERVICE CORPORATION, <br><br> Defendant. | Case No. 14-cv-5853 <br><br> Hon. Virginia M. Kendall |

## NOTICE OF PLAINTIFFS' MOTION FOR ATTORNEYS' FEES, EXPENSES, AND INCENTIVE AWARDS

PLEASE TAKE NOTICE that on December 20, 2017, at 9:00 a.m. Plaintiffs will present their Motion for Attorneys' Fees, Expenses, and Incentive Awards before the Honorable Virginia M. Kendall in Courtroom 2319 of the Everett McKinley Dirksen United States Courthouse, located at 219 South Dearborn Street, Chicago, Illinois.

Dated: October 20, 2017

Respectfully submitted,

*s/ Daniel P. Moylan*

| | |
|---|---|
| D. Brian Hufford (*pro hac vice*) <br> Jason S. Cowart (*pro hac vice*) <br> Zuckerman Spaeder LLP <br> 485 Madison Avenue, 10th Floor <br> New York, NY 10022 <br> (212) 704-9600 | Martin S. Himeles, Jr. (*pro hac vice*) <br> Daniel P. Moylan (*pro hac vice*) <br> Adam Abelson (*pro hac vice*) <br> Zuckerman Spaeder LLP <br> 100 East Pratt Street, Suite 2440 <br> Baltimore, MD 21202-1031 <br> (410) 332-0444 |

6169209.1

Caroline E. Reynolds (*pro hac vice*)
Zuckerman Spaeder LLP
1800 M Street NW, Suite 1000
Washington, DC 20036
(202) 778-1800

Meiram Bendat (*pro hac vice*)
Psych-Appeal, Inc.
8560 W. Sunset Blvd., Ste. 500
West Hollywood, CA 90069
(310) 598-3690, ext. 101

George F. Galland, Jr.
Scott A. Entin
Miner, Barnhill & Galland, P.C.
14 W. Erie St.
Chicago, IL 60654
(312) 571-1170

*Counsel for Plaintiffs and the Putative Class*