**Exhibit A**

Summary of Fees, Costs, and Expenses Reported

| Firm Name | Hours | Counsel Fees | Costs and Expenses |
|---|---|---|---|
| Zuckerman Spaeder LLP | 1,567.58 | $953,139.45 | $23,733.86 |
| Psych-Appeal, Inc. | 72.55 | $54,412.50 | None |
| Miner, Barnhill & Galland, P.C. | 72.50 | $44,928.50 | $1,045.15 |
| **Totals** | **1,712.63** | **$1,052,480.45** | **$24,779.01** |

6221135.1