**13930-0001 - Elizabeth A. Craft**
**Fees: 01/01/2014 - 10/19/2017**

| Timekeeper | 2014 Rate | 2014 Hours | 2015 Rate | 2015 Hours | 2016 Rate | 2016 Hours | 2017 Rate | 2017 Hours | Total Billed For Timekeeper |
|---|---|---|---|---|---|---|---|---|---|
| Jeanne Trahan Faubell | 200.00 | 5.25 | | | | | | | $1,050.00 |
| Kimberley Wilson | | | | | 195.00 | 0.30 | | | $58.50 |
| Benjamin L. Krein | | | | | | | 475.00 | 6.60 | $3,135.00 |
| Ashley C. Voss | | | | | | | 285.00 | 0.70 | $199.50 |
| Caroline E. Reynolds | 590.00 | 185.50 | 635.00 | 73.70 | 675.00 | 62.30 | 715.00 | 8.00 | $204,017.00 |
| Nina J. Falvello | | | | | | | 350.00 | 2.70 | $945.00 |
| Jer-Wei (Jay) Chen | | | | | 330.00 | 0.20 | | | $66.00 |
| Andrew N. Goldfarb | | | | | 725.00 | 1.50 | 750.00 | 1.20 | $1,987.50 |
| Daniel P. Moylan | | | | | 625.00 | 40.80 | 655.00 | 165.80 | $134,099.00 |
| Christine L. Vandergriff | | | | | 325.00 | 0.90 | 330.00 | 4.60 | $1,810.50 |
| Adam Abelson | | | | | 525.00 | 85.00 | 575.00 | 85.50 | $93,787.50 |
| Tareq Nascher | | | | | 225.00 | 9.00 | 250.00 | 1.50 | $2,400.00 |
| Andrew Caridas | | | 490.00 | 67.40 | | | | | $33,026.00 |
| Conor O'Croinin | | | 525.00 | 0.30 | | | | | $157.50 |
| Paul B. Hynes, Jr. | 560.00 | 3.26 | | | | | | | $1,825.60 |
| Lori V. Duignan | 300.00 | 51.30 | 320.00 | 19.70 | 330.00 | 44.70 | 330.00 | 33.60 | $47,533.00 |
| Jason S. Cowart | 755.00 | 52.25 | 775.00 | 53.10 | 825.00 | 26.40 | 875.00 | 25.20 | $124,431.25 |
| D. Brian Hufford | 905.00 | 39.80 | 925.00 | 39.70 | 975.00 | 31.45 | 1025.00 | 4.20 | $107,710.25 |
| Ramya Kasturi | | | 450.00 | 41.37 | 475.00 | 13.57 | | | $25,062.25 |
| Aiza H. Siddiqi | | | | | 420.00 | 42.04 | 420.00 | 96.39 | $58,140.60 |
| Nell Zora Peyser | | | | | 450.00 | 16.80 | | | $7,560.00 |
| Dermot W. Lynch | | | | | 525.00 | 1.80 | | | $945.00 |
| Cyril V. Smith | | | 800.00 | 0.30 | | | | | $240.00 |
| William K. Meyer | | | 650.00 | 0.30 | | | 800.00 | 0.50 | $595.00 |
| Martin S. Himeles | | | | | 825.00 | 51.10 | 860.00 | 70.00 | $102,357.50 |
| **Total** | | **337.36** | | **295.87** | | **427.86** | | **506.49** | **$953,139.45** |

**Hours Grand Total** 1567.58