**13930-0001 - Elizabeth A. Craft**
**Expenses: 01/01/2014 - 10/19/2017**

| CostCode | Description | Amount |
|---:|---|---:|
| 110 | Filing Fee | 204.50 |
| 120 | Court costs | 50.00 |
| 450 | Telephone Reimbursed | 182.41 |
| 475 | Pacer - Docket Research | 19.60 |
| 510 | Local Transportation | 30.90 |
| 520 | Non-local Travel | 8,378.72 |
| 750 | Outside Services | 122.26 |
| 780 | Miscellaneous - Phillip Finnerty | 86.97 |
| 830 | Photocopy | 340.20 |
| 860 | Postage | 1.84 |
| 892 | Litigation Support - convert file format of ediscovery | 179.90 |
| 920 | Westlaw Research | 14,136.56 |

**TOTAL** **23,733.86**