# CAROLINE E. REYNOLDS

## OVERVIEW

Caroline E. Reynolds focuses her practice on complex civil litigation and white collar defense. She has represented corporations, executives, and other individuals in government and internal investigations, criminal proceedings, and civil litigation involving allegations of securities and accounting fraud, antitrust violations, and breach of fiduciary duty. Caroline also regularly represents both plaintiffs and defendants in complex class action lawsuits, including obtaining certification of a nationwide class alleging fraud and civil violations of the Racketeer Influenced and Corrupt Organizations Act (RICO) against a major insurance company. Caroline draws on her extensive experience navigating e-discovery in complex cases to serve as the attorney advisor to the firm's Litigation Support Group, a role in which she oversees the development of best practices for managing e-discovery throughout the litigation lifecycle.

Prior to joining Zuckerman Spaeder LLP, Caroline was an associate in the Washington, DC office of Covington & Burling LLP. There she represented a major financial institution in multi-district litigation and a government investigation stemming from an alleged complex securities fraud scheme. She also advised companies relating to insurance coverage issues and represented policyholders in insurance coverage litigation, among other representative matters.

### Honors
- 2013 Outstanding Achievement Award, Washington Lawyers' Committee for Civil Rights and Urban Affairs
- *Super Lawyers*, Rising Star (Washington, DC)

## EXPERIENCE
- Represents UCI, a nonprofit corporation, in civil litigation in the District of Columbia commenced by various entities and individuals seeking control of the corporation and its assets. We also represent certain UCI subsidiaries in civil litigation in the U.S. District Court for the District of Maryland arising from the misconduct of a former director of those companies.
- Represents the former chief business officer of Freddie Mac in a securities class action pending in the U.S. District Court for the Northern District of Ohio. The case arises from the company's disclosures concerning its single family guarantee portfolio.



**Partner**
Washington, DC
202.778.1859
202.822.8106 fax
creynolds@zuckerman.com

**Practice Focus**
Antitrust
Business Disputes
Criminal Defense
Financial Services
Internal Investigations
Plaintiffs & Class Action Litigation
Securities & Commodities Litigation

**Clerkships**
Hon. Keith P. Ellison, U.S. District Court, Southern District of Texas

**Education**
Yale Law School, J.D., 2002
- Senior Editor, *Yale Journal of International Law*

University of Chicago, M.A., 2004
Colgate University, B.A., summa cum laude, 1998

**ZUCKERMAN SPAEDER LLP**

# CAROLINE E. REYNOLDS

- Represented the former chief financial officer of Fannie Mae in litigation against allegations of securities law violations and accounting fraud. This representation encompassed multiple investigations, a government enforcement action for civil money penalties, employment litigation, and shareholder securities fraud suits, including a certified securities class action recently dismissed by the U.S. District Court for the District of Columbia.
- Successfully obtained amnesty for a company and its principals in connection with a bid-rigging investigation by the Antitrust Division of the U.S. Department of Justice.
- Represented the special committee of the board of directors of a publicly held company under investigation for possible violations of antitrust laws.
- Represented a certified nationwide class that received a $72.5 million settlement in a case in the U.S. District Court for the District of Connecticut alleging civil violations of the Racketeer Influenced and Corrupt Organizations Act (RICO) and common-law fraud.
- Represented a certified class of consumers in the nationwide "hot fuel" class action against the oil industry for selling retail gas to consumers without adjusting the price to take account of lower fuel content of higher temperature gas.

## NEWS

**Publications**
- Dangerous Precedent: Flawed Reasoning Used to Defeat Federal Class Actions
  *SideBAR*
  Summer 2009

**Appearances**
- What You Don't Know Can Hurt You (And Your Managing Partner Too): Mistakes That You Don't Know You're Making
  *Zuckerman Spaeder LLP*
  May 6, 2015
- ZS Ethics Seminar: Flat Fees after *In re Mance*
  *Zuckerman Spaeder LLP*
  October 14, 2010
- ZS Ethics Seminar: Ethics and Pro Bono Representations
  *Zuckerman Spaeder LLP*
  April 30, 2009

## AFFILIATIONS

**Bar Admissions**
- District of Columbia
- New York

**Court Admissions**
- U.S. Court of Appeals, Second Circuit

# CAROLINE E. REYNOLDS

- U.S. District Court, District of Columbia

**Academic Appointments**
- Adjunct Faculty, Georgetown University Law Center (Spring 2013)

**Professional Affiliations**
- Member, The Sedona Conference® Working Group Series, Working Group 1: Electronic Document Retention and Production

**ZUCKERMAN SPAEDER** LLP

# ADAM ABELSON

## OVERVIEW

Adam Abelson represents clients in complex civil litigation, white collar criminal defense, and government investigations.

His criminal defense focus includes alleged complex financial, securities, and health care fraud, and his civil litigation focus includes securities enforcement, legal malpractice, and trade secrets.

As a law student, he represented individuals charged with federal misdemeanors in the U.S. District Court for the Eastern District of New York, through the New York University School of Law Federal Defenders Clinic. For that work he received NYU's Ann Petluck Poses Memorial Prize for outstanding work in a clinical course.

During law school Adam interned at the U.S. Department of Justice's Office of Special Investigations, working on cases and investigations related to genocide and war crimes. Before attending law school, Adam was a research fellow with Human Rights Watch in Santiago, Chile.

### Honors
- *Super Lawyers*, Rising Star (Maryland)

## EXPERIENCE
- Represents putative class members in several cases related to the denial of mental health and substance abuse treatment benefits.
- Represents a former NFL player in a lawsuit against the National Football League's pension plans over benefits for disabilities resulting from brain damage during his NFL career.
- Represented a former employee of a now-defunct international law firm charged with participating in a complex scheme to defraud the firm's lenders concerning the firm's financial condition.
- Represented a foreign national targeted in an insider trading investigation conducted by the U.S. Securities and Exchange Commission and Department of Justice .
- Represented a pro bono client in a five-day trial in the Domestic Relations Branch of the Superior Court for the District of Columbia. The trial court granted our client legal custody, primary physical custody, and child support.



**Associate**
Baltimore
410.949.1148
410.659.0436 fax
aabelson@zuckerman.com

**Practice Focus**
Appellate
Business Disputes
Criminal Defense
False Claims Act
Health Care
Legal Profession & Ethics
Securities & Commodities Litigation

**Clerkships**
Hon. Andre M. Davis, U.S. Court of Appeals, Fourth Circuit
Hon. Catherine C. Blake, U.S. District Court, District of Maryland

**Education**
New York University School of Law, J.D., magna cum laude, 2010
- Order of the Coif
- Ann Petluck Poses Memorial Prize
- Managing Editor, *NYU Journal of International Law and Politics*

Princeton University, B.A., cum laude, 2005

**Languages**
Spanish

ADAM ABELSON | 1

# ADAM ABELSON

- Represented an international law firm and a regional law firm against allegations of legal malpractice in litigation in the Circuit Court for Baltimore City.

## NEWS

**Publications**

- Insider trading 'minefields' abound
  *Baltimore Business Journal*
  January 22, 2016

- The Prosecute-Extradite Dilemma: Concurrent Criminal Jurisdiction and Global Governance
  *UC Davis Journal of International Law and Policy*
  2009

- Las externalidades y la seguridad privada: Un marco teórico para la regulación
  *Economía Política de la Seguridad Ciudadana* (Fernando Carrión & Manuel Dammert eds.)
  2009

- "Book Note" (reviewing *International Justice in Rwanda and the Balkans: Virtual Trials and the Struggle for State Cooperation*, Victor Peskin)
  *NYU Journal of International Law and Politics*
  2008

**Appearances**

- Procrastinators Rejoice! Ethics Seminar for Virginia CLE
  *Zuckerman Spaeder LLP*
  October 31, 2014

## AFFILIATIONS

**Bar Admissions**

- Maryland
- District of Columbia

**Court Admissions**

- U.S. Court of Appeals, Fourth Circuit
- U.S. District Court, District of Maryland