**Exhibit 1**

**MB&G Fees**

| Timekeeper (Position) | Hours | Hourly Rate* | Fees |
|---|---|---|---|
| George F. Galland (P) | 62.5 | $665 | $41,562.50 |
| Scott Entin (P) | 2.3 | $415 | $954.50 |
| David Baltmanis (A) until 2017 (P) 2017- | 5.1 | $345 | $1,759.50 |
| Matthew Owens (A) | 1.6 | $295 | $472.00 |
| Janet Bahena (Pa) | 0.7 | $180 | $126.00 |
| Jaqueline Duarte (Pa) | 0.3 | $180 | $54.00 |
| **Total** | **72.5** | | **$44,928.50** |

(P) Partner
(A) Associate
(Pa) Paralegal

**MB&G's lodestar**: **$44,928.50**

* Hourly Rate in effect at the time services were rendered.