**Exhibit 2**

**MB&G Expenses**

| **Category** | **Total** |
|---|---|
| Transportation | $35.50 |
| Electronic Legal Research | $609.65 |
| Filing Fees & Court Costs | $400.00 |
| **Total** | $1,045.15 |