# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| ELIZABETH A. CRAFT; JANE DOE, by her next friend and parent, ELIZABETH A. CRAFT; BRYAN L. PAUTSCH; MARY DOE, by her next friend and parent, BRYAN L. PAUTSCH; on their own behalf and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> HEALTH CARE SERVICE CORPORATION, <br><br> Defendant. | Case No. 14-cv-5853 <br><br> Hon. Virginia M. Kendall |

## PLAINTIFFS' MOTION FOR FINAL ORDER AND JUDGMENT APPROVING SETTLEMENT AND DISMISSING ACTION WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 23(e), Plaintiffs Elizabeth A. Craft and Bryan L. Pautsch, on behalf of their respective families and all persons similarly situated, and on behalf of the provisionally certified settlement class (collectively "Plaintiffs"), by and through their undersigned counsel, respectfully move this Court to enter an Order granting final approval of the Parties' Settlement Agreement (Dkt. 148-01) and all of the terms and conditions contained therein, and dismissing the above-captioned matter with prejudice. Defendant does not oppose the relief requested by this Motion.

Along with any oral argument that may be presented to the Court and evidence submitted in connection therewith at the Fairness Hearing, Plaintiffs hereby submit the following accompanying documents in support of this Motion:

1. Notice of Plaintiffs' Motion for Final Order and Judgment Approving Settlement and Dismissing Action with Prejudice;

2. Memorandum in Support of Plaintiffs' Motion for Final Order and Judgment Approving Settlement and Dismissing Action with Prejudice;

3. Declaration of Kelly Kratz Regarding Settlement Administration Activities Completed as of December 28, 2017;

4. Proposed Final Order and Judgment Approving Settlement and Dismissing Action with Prejudice.

WHEREFORE, Plaintiffs respectfully request that the Court: (1) grant final certification of the Settlement Class to implement the Settlement; (2) grant final approval of the Parties' Settlement Agreement (Dkt. 148-01) and all of the terms and conditions contained therein and in all exhibits thereto; and (3) dismiss the above-captioned matter with prejudice.

* * * * *

Dated: January 5, 2018

Respectfully submitted,

*s/ Daniel P. Moylan*

| | |
|---|---|
| D. Brian Hufford (*pro hac vice*) | Martin S. Himeles, Jr. (*pro hac vice*) |
| Jason S. Cowart (*pro hac vice*) | Daniel P. Moylan (*pro hac vice*) |
| Zuckerman Spaeder LLP | Adam Abelson (*pro hac vice*) |
| 485 Madison Avenue, 10th Floor | Zuckerman Spaeder LLP |
| New York, NY 10022 | 100 East Pratt Street, Suite 2440 |
| (212) 704-9600 | Baltimore, MD 21202-1031 |
| | (410) 332-0444 |
| Caroline E. Reynolds (*pro hac vice*) | |
| Zuckerman Spaeder LLP | George F. Galland, Jr. |
| 1800 M Street NW, Suite 1000 | Scott A. Entin |
| Washington, DC 20036 | Miner, Barnhill & Galland, P.C. |
| (202) 778-1800 | 325 N. LaSalle Street, Suite 350 |
| | Chicago, IL 60654 |
| Meiram Bendat (*pro hac vice*) | (312) 751-1170 |
| Psych-Appeal, Inc. | |
| 8560 W. Sunset Blvd., Ste. 500 | |
| West Hollywood, CA 90069 | |
| (310) 598-3690, ext. 101 | |

*Counsel for Plaintiffs and Provisionally Certified Settlement Class*